IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOWARD C. LAPENSOHN AND<br>JILL ABRAMS LAPENSOHN, | : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br> NO. 2:12-cv-01132-JCJ |
| Plaintiffs, | : <br> : | |
| v. | : <br> : | |
| LEXINGTON INSURANCE COMPANY, | : <br> : | |
| Defendant. | : <br> : | |

**<u>ORDER</u>**

AND NOW, this      23rd      day of July, 2012, upon consideration of the Defendant's Motion to Dismiss Plaintiffs' lawsuit pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. No. 4), Plaintiffs' Response in Opposition (Doc. No. 10), and Defendant's Reply (Doc. No. 11), it is hereby ORDERED and DECREED that Defendant's Motion is DENIED.

BY THE COURT:<br><br>
s/J. Curtis Joyner<br>
J. CURTIS JOYNER, C.J.

13